United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-40205
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SOTERO JUAREZ, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:99-CR-324-7
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

The Federal Public Defender, counsel for Sotero Juarez, Jr.,
has moved for leave to withdraw from this appeal and has filed a
brief and supplemental letter brief, as required by Anders v.
California, 386 U.S. 738 (1967). Juarez has not filed a
response. Our independent review of the brief, supplemental
letter brief, and the record discloses no nonfrivolous issue.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.